IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT KEITH BROWN,

    Petitioner,               No. CIV S-07-2020 WBS EFB P

    vs.

WARDEN, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 18, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

           Accordingly, IT IS HEREBY ORDERED that:

           1. The findings and recommendations filed October 18, 2007, are adopted in full; and

           2. This action is dismissed.  See 28 U.S.C. § 2243; Rule 4, Rules Governing Section 2254 Cases.

DATED:  December 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE